STATE of Missouri, Respondent,

v.

James W. CARROLL, a/k/a Jimnah Shiyr, Appellant.

No. WD 43544.

Missouri Court of Appeals, Western District.

Feb. 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1991.

Application to Transfer Denied May 3, 1991.

James W. Carroll, Bedford, pro se.

Douglas S. Roberts, Pros. Atty., Chillicothe, for respondent.

Before NUGENT, C.J., and ULRICH and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of operating a motor vehicle without a valid driver's license, § 302.020, RSMo Supp.1990, and from sentence of confinement in the county jail for one hundred days.

Judgment affirmed. Rule 30.25(b).

■

Stephen LITTLEJOHN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43258.

Missouri Court of Appeals, Western District.

Feb. 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1991.

Application to Transfer Denied May 3, 1991.

Willard B. Bunch, John Edward Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and ULRICH, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).